| | |
|---|---|
| 1 | KINGSLEY & KINGSLEY, APC |
| | ERIC B. KINGSLEY, ESQ. SBN-185123 |
| 2 | eric@kingsleykingsley.com |
| | LIANE L. KATZENSTEIN, ESQ. SBN-259230 |
| 3 | lkatzenstein@kignsleykingsley.com |
| | 16133 VENTURA BLVD., SUITE 1200 |
| 4 | ENCINO, CA 91436 |
| | (818) 990-8300, FAX (818) 990-2903 |
| 5 | |
| | CHARLES JOSEPH, ESQ. FED BAR #CJ-9442 |
| 6 | JOSEPH & HERZFELD LLP |
| | charles@JHLLP.com |
| 7 | 757 THIRD AVENUE, 25TH FLOOR |
| | NEW YORK, NY 10017 |
| 8 | (212) 688-5640; FAX (212) 688-2548 |
| | *Seeking Admission Pro Hac Vice |
| 9 | |
| | DICHIARA LAW FIRM LLC |
| 10 | MICHAEL DICHIARA BAR # MD-2180 |
| | michael@dichiarallc.com |
| 11 | 77 MARKET STREET, SUITE 2 |
| | PARK RIDGE, NJ 07656 |
| 12 | (201) 746-0303, FAX (866) 417-2333 |
| | *Seeking Admission Pro Hac Vice |
| 13 | |
| | **Attorneys for Plaintiffs** |
| 14 | |
| 15 | UNITED STATES DISTRICT COURT |
| 16 | NORTHERN DISTRICT OF CALIFORNIA |
| 17 | |

| | | |
|---|---|---|
| 18 | CAROL ENGLE and DAVE JOHNSON, ) | CASE NO.: CV10 4141 JL |
| 19 | on behalf of themselves and all others ) similarly situated, ) | [~~PROPOSED~~] ORDER |
| 20 | Plaintiffs, ) | Complaint Filed: 09/15/2010 |
| 21 | vs. ) | |
| 22 | SANOFI-AVENTIS, U.S., Inc. a ) Corporation and DOES 1-10, ) | |
| 23 | ) | |
| 24 | Defendants. ) | |
| | This Motion Relates to: ) | RELATED: |
| 25 | *Saldana V. Sanofi-Aventis, U.S. Inc.* ) | **CASE NO.: CV10 4672 EDL** |
| 26 | Case No.: CV 104 672 EDL ) | Filed: 10/15/2010 |
| 27 | ) | |
| 28 | | |

1

ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED

| | |
|---|---|
| 1 | **GOOD CAUSED HAVING BEEN SHOWN THEREFORE, IT IS** |
| 2 | **ORDERED THAT:** |
| 3 | The above-captioned cases shall be deemed related. |
| 4 | |
| 5 | IT IS ALSO ORDERED THAT: |
| 6 | _____ |
| 7 | _____ |
| 8 | _____ |
| 9 | |
| 10 | DATED: October 21, 2010         */s/ James Larson* |
| | JUDGE OF THE U.S. DISTRICT COURT |

2

ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED