RICHARD G. ROSENBLATT (*Admitted Pro Hac Vice*)
MORGAN, LEWIS & BOCKIUS LLP
502 Carnegie Center, Princeton, NJ 08540-6241
Telephone: 609.919.6609
Facsimile: 609.919.6701
E-mail: rrosenblatt@morganlewis.com

CHRISTOPHER D. HAVENER (*Admitted Pro Hac Vice*)
MORGAN, LEWIS & BOCKIUS LLP
1701 Market Street, Philadelphia, PA 19103
Telephone: 215.963.5000; Facsimile: 215.963.5001
Email: chavener@morganlewis.com

JENNIFER A. LOCKHART, State Bar No. 236972
MORGAN, LEWIS & BOCKIUS LLP
2 Palo Alto Square, 3000 El Camino Real, Suite 700
Palo Alto, CA 94306-2122
Telephone: 650.843.4000; Facsimile: 650.843.4001
E-mail: jlockhart@morganlewis.com

Attorneys for Defendant
SANOFI-AVENTIS U.S., LLC

RICHARD A. HOYER, State Bar No. 151931
HOYER & ASSOCIATES
240 Stockton, 9th Floor, San Francisco, CA 94108
Telephone: 415.956.1360; Facsimile: 415.276.1738
Email: rhoyer@hoyerlaw.com

MICHAEL STEVEN SORGEN, State Bar No. 43107
RYAN L. HICKS, State Bar No. 260284
LAW OFFICES OF MICHAEL S. SORGEN
240 Stockton, 9th Floor, San Francisco, CA 94108
Telephone: 415.956.1360; Facsimile: 415.276.1738
Email: msorgen@sorgen.net; rhicks@sorgen.net

Attorney for Plaintiff
CAROL ENGLE and DAVE JOHNSON

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| CAROL ENGLE and DAVE JOHNSON, on behalf of themselves and all others similarly situated,<br><br>　　　　　　Plaintiff,<br>　　vs.<br><br>SANOFI-AVENTIS U.S. INC., a Corporation, and DOES 1-10,<br>　　　　　　Defendants. | Case No. 4:10-CV-04141-SBA<br><br>**STIPULATION AND [PROPOSED] ORDER TO CONTINUE INITIAL CASE MANAGEMENT DEADLINES** |

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
PALO ALTO

DB1/66162803.1

STIP. AND [PROP.] ORDER TO CONT.
INITIAL CASE MAN. DEADLINES
(CASE NO.: 4:10-CV-04141-SBA)

Defendant sanofi-aventis U.S., LLC ("Defendant") and Plaintiffs Carol Engle and Dave Johnson ("Plaintiffs"), by and through their respective counsel, file this Stipulation and [Proposed] Order to Extend the Initial Case Management Deadlines ("Stipulation") pursuant to Local Rule 6-2:

1. WHEREAS, on September 15, 2010, Plaintiffs filed the instant action against Defendant in the United States District Court for the Northern District of California, Case No. 4:10-CV-04141-SBA, entitled *Carol Engle and Dave Johnson v. Sanofi-Aventis U.S., Inc*;

2. WHEREAS, following the filing of the Complaint, the Court issued an Order Setting Initial Case Management Conference and ADR Deadlines ("Order") setting the Case Management Conference for December 22, 2010;

3. WHEREAS, the Court's Order further set additional case-related deadlines for meeting and conferring regarding the case, filing the ADR certification, the Rule 26 Report, and the Case Management Conference Statement, and completing initial disclosures;

4. WHEREAS, on December 7, 2010, the parties stipulated to extend Defendant's time to respond to the Complaint until January 8, 2010;

5. WHEREAS, the Parties have engaged in discussions regarding the potential for consolidation of this matter with the related matter entitled *Alan Saldana v. Sanofi-Aventis U.S Inc.* (Case No. 4:10-cv-04672-SBA) and the potential stay of this matter pending decisions from the 9th Circuit in cases involving issues similar to those presented in this matter;

6. WHEREAS, the Parties still need to meet and confer about case-related issues, including but not limited to, the discovery plan, their Joint Case Management Statement and the deadlines in the case;

7. WHEREAS, on December 6, 2010, this Court issued an Order reassigning this matter to the Honorable Saundra Brown Armstrong and continuing the Initial Case Management Conference until March 30, 2011;

8. WHEREAS, pursuant to this Court's December 6, 2010 Order, the current deadline for the parties to file their Joint Case Management Statements and Rule 26(f) reports, and to serve their Initial Disclosures remains December 15, 2010;

9. WHEREAS, good cause exists for a continuance of the deadlines for the parties to file their Joint Case management Conference Statement and Rule 26(f) Report, and to serve their Initial Disclosures for approximately 30 days, until January 14, 2011;

10. WHEREAS, neither party will be prejudiced as a result of extending the above-referenced deadlines;

For the foregoing reasons, GOOD CAUSE exists to extend the parties' deadline to file their Joint Case Management Conference Statement and Rule 26(f) Report, and to serve their Initial Disclosures for approximately 30 days, until January 14, 2011.

Dated: December 8, 2010         MORGAN, LEWIS & BOCKIUS LLP

By /s/ *Jennifer A. Lockhart*
Richard G. Rosenblatt (*Admitted Pro Hac Vice*)
Christopher D. Havener (*Admitted Pro Hac Vice*)
Jennifer A. Lockhart
Attorneys for Defendant
SANOFI-AVENTIS U.S., LLC

Dated: December 8, 2010         HOYER & ASSOCIATES

By /s/ *Richard A. Hoyer*
Richard A. Hoyer
Attorney for Plaintiff
CAROL ENGLE and DAVE JOHNSON

**ORDER**

**PURSUANT TO THE STIPULATION, IT IS SO ORDERED**.

Dated: _12/13/10         By: _/s/ Sandra B. Armstrong_
United States District Court Judge