UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| ALAN SALDANA, on behalf of himself and others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>SANOFI-AVENTIS U.S., INC.,<br><br>Defendant. | Case No: C 10-4672 SBA<br><br>**ORDER**<br><br>Docket 39 and 41 |
| CAROL ENGLE and DAVE JOHNSON, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>SANOFI-AVENTIS U.S. INC., a Corporation, and DOES 1-10,<br><br>Defendants. | Case No: C 10-4141 SBA<br><br>**ORDER** |

The parties have submitted a stipulation to consolidate the above-referenced actions for all purposes under Federal Rule of Civil Procedure 42(a) (Dkt. 39) and a stipulation to stay pending resolution of various appeals (Dkt. 41). The actions pending decision referenced in the request for stay are the appeals in Menes v. Roche, No. 08-55286 (9th Cir.), D'Este v. Bayer, No. 07-56577 (9th Cir.), Barnick v. Wyeth, No. 07-56684 (9th Cir.), Delgado v. Ortho-McNeil, Inc., No. 09-55225 (9th Cir.), Yacoubian v. Ortho-McNeil Pharmaceutical Inc., No. 09-55229 (9th Cir.) and In Re Novartis Wage and Hour Litigation, 611 F.3d 141 (2d Cir. 2010), petition for cert. filed, (U.S. October 4, 2010) (No. 10-460).

On February 2, 2011, the Court held a Case Management Conference with all parties present. During the proceeding, all parties stipulated to having the above-actions stayed

and administratively closed until such time as the Court receives a request to reopen.  The parties acknowledged their understanding that the administrative closure does not constitute a dismissal of the actions.  Good cause appearing,

IT IS HEREBY ORDERED THAT:

1.   The following cases are hereby CONSOLIDATED for all purposes: <u>Saldana v. Sanofi-Aventis U.S., Inc.</u>, Case No. C 10-4672 SBA and <u>Engle v. Sanofi-Aventis U.S. Inc.</u>, Case No. C 10-4141 SBA.  All further filings in the instant consolidated action shall be filed in Case No. 10-4141 SBA, and shall have the following caption: <u>In Re Sanofi-Aventis U.S. Inc. Wage and Hour Litigation</u>.

2.   The instant consolidated action is STAYED and ADMINISTRATIVELY CLOSED pending further order of the Court.  The parties shall file a joint status report every six months, beginning August 1, 2011, to advise the Court regarding the status of the above-referenced appeals.  Failure to file the required reports may result in the imposition of sanctions, up to and including dismissal of the action.  Upon resolution of the appeals or at such time as the parties agree that the stay should be lifted and the consolidated case returned the Court's active civil docket, the parties shall jointly submit a stipulation and proposed order requesting the Court to reopen the case, vacate the stay and schedule a Case Management Conference.

3.   This order shall be filed in <u>Saldana v. Sanofi-Aventis U.S., Inc.</u>, Case No. C 10-4672 SBA and <u>Engle v. Sanofi-Aventis U.S. Inc.</u>, Case No. C 10-4141 SBA.

IT IS SO ORDERED.

Dated: February 3, 2011

_____
SAUNDRA BROWN ARMSTRONG
United States District Judge