| | |
|---|---|
| 1 | KINGSLEY & KINGSLEY, APC |
| 2 | ERIC B. KINGSLEY, ESQ. SBN-185123 |
| | eric@kingsleykingsley.com |
| 3 | DARREN M. COHEN, ESQ. SBN-221938 |
| 4 | dcohen@kingsleykingsley.com |
| | LIANE KATZENSTEIN LY, ESQ. SBN-259230 |
| 5 | 16133 VENTURA BL., SUITE 1200 |
| 6 | ENCINO, CA 91436 |
| | (818) 990-8300, FAX (818) 990-2903 |

Attorneys for Plaintiffs

[Additional Counsel, Next Page]

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA – OAKLAND DIVISION

| | |
|---|---|
| In Re Sanofi-Aventis U.S. Inc. Wage and Hour Litigation | Case No. 10-4141 SBA <br><br> **STIPULATION OF VOLUNTARY DISMISSAL** |

| | |
|---|---|
| 1 | CHARLES JOSEPH, ESQ. FED BAR #CJ-9442 (*Admitted Pro Hac Vice*) |
| 2 | JOSEPH & HERZFELD LLP |
|   | *charles@JHLLP.com* |
| 3 | 757 THIRD AVENUE, 25TH FLOOR |
| 4 | NEW YORK, NY 10017 |
|   | (212) 688-5640; FAX (212) 688-2548 |
| 5 | |
| 6 | KRAKOWER DICHIARA LLC (*Admitted Pro Hac Vice*) |
|   | MICHAEL DICHIARA BAR # MD-2180 |
| 7 | *michael@dichiarallc.com* |
| 8 | ONE DEPOT SQUARE, 77 MARKET STREET, SUITE 2 |
|   | PARK RIDGE, NJ 07656 |
| 9 | (201) 746-0303, FAX (866) 417-2333 |
| 10 | |
| 11 | HOYER & ASSOCIATES |
|    | RICHARD A. HOYER    SBN-151931 |
| 12 | 240 Stockton St 9FL |
|    | San Francisco, CA 94108 |
| 13 | (415) 956-1360 FAX (415) 276-1738 |
| 14 | |
| 15 | LAW OFFICES OF MICHAEL SORGEN |
|    | MICHAEL S. SORGEN SBN-43107 |
| 16 | RYAN L. HICKS SBN-260284 |
|    | 240 Stockton St 9FL |
| 17 | San Francisco, CA 94108 |
| 18 | (415) 956-1360 FAX (415) 276-1738 |
| 19 | Attorneys for Plaintiffs |
| 20 | |
| 21 | MORGAN LEWIS & BOCKIUS LLP |
|    | RICHARD G. ROSENBLATT (*Admitted Pro Hac Vice*) |
| 22 | CHRISTOPHER D. HAVENER *(Admitted Pro Hac Vice)* |
|    | 502 Carnegie Center, Princeton, NJ  08540-6241 |
| 23 | (609) 919-6609 FAX (609) 919-6701 |
| 24 | |
| 25 | SACHA M. STEENHOEK SBN 253743 |
|    | One Market Street, Spear Street Tower |
| 26 | San Francisco, CA  94105 |
|    | (415) 442-1000 FAX (415) 442-1001 |
| 27 | Attorneys for Defendant |
| 28 | |

-2-

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiffs DAVE JOHNSON and ALAN SALDANA[1] and Defendant sanofi-aventis U.S. Inc., by and through their respective counsel of record, hereby stipulate and agree that the above-captioned case shall be unconditionally dismissed with prejudice and on the merits, without fees or costs to any party.

**STIPULATED, AGREED AND CONSENTED BY:**

| | |
|---|---|
| DATED: September 18, 2012 | DATED: September 18, 2012 |
| KINGSLEY & KINGSLEY, APC | HOYER & ASSOCIATES |
| By: */s/ Eric B. Kingsley* <br> (as authorized on 9/14/2012) <br> Eric B. Kingsley <br> Attorney for Plaintiff Saldana | By: */s/ Richard A. Hoyer* <br> (as authorized on 9/14/2012) <br> Richard A. Hoyer <br> Attorney for Plaintiff Johnson |

DATED: September 18, 2012

MORGAN, LEWIS & BOCKIUS LLP

By: */s/ Sacha M. Steenhoek*
    Richard G. Rosenblatt (Admitted Pro Hac Vice)
    Christopher D. Havener (Admitted Pro Hac Vice)
    Sacha M. Steenhoek
    Attorneys for Defendant

## ORDER

**PURSUANT TO THE PARTIES' STIPULATION, IT IS SO ORDERED.**

Dated: 9/20/12

*Saundra B. Armstrong*
Saundra Brown Armstrong, J.

---

[1] Former Plaintiff CAROL ENGLE stipulated to the voluntary dismissal of her claims in this litigation with prejudice on March 29, 2011. (Dkt. No. 29.)